*itor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 126. MERRILL *v.* FAHS, COLLECTOR OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Francis M. Holt, Sam R. Marks,* and *Harry T. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key, Miss Helen R. Carloss,* and *Mrs. Maryhelen Wigle* for respondent.

No. 134. UNITED STATES *v.* TOWNSLEY. October 9, 1944. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Messrs. Herman J. Galloway* and *Fred W. Shields* for respondent.

No. 137. PRUDENCE REALIZATION CORP. *v.* FERRIS ET AL., TRUSTEES, ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Irving L. Schanzer* and *James F. Dealy* for petitioner. *Mr. Charles H. Kriger* and *Mrs. Henrietta Kriger* for Ferris et al., and *Messrs. John Ross Delafield* and *Robert McC. Marsh* for the City Bank Farmers Trust Co. et al., respondents.

No. 148. WEBRE STEIB Co., LTD. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth